

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00075-CV

_____


IN THE INTEREST OF S.K., S.M., JR., AND A.M., CHILDREN


On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. FA-17-43335


Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See*

TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     November 6, 2018
Date Decided:      November 7, 2018